Meyer Goldberg, Respondent, v. James S. Wemyss Company, Appellant. — Motion denied, without costs, and case placed at the foot of the present calendar, to be argued when reached; otherwise motion granted, with ten dollars costs. Present — Jenks, P. J., Burr, Carr, Woodward and Rich, JJ.

William H. Gompert, Respondent, v. Patrick J. Healy, Appellant.— Motion denied, on condition that the appellant pay ten dollars costs within ten days, perfect his appeal, place the case upon the calendar and be ready for argument when reached. Otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Burr, Carr, Woodward and Rich, JJ.

Catherine Hayes, Respondent, v. Edmond J. Hayes, Appellant.— Motion to dismiss appeal denied, without prejudice to a renewal thereof. Motion for stay granted, provided the appellant prosecute his appeal with due diligence. Present — Jenks, P. J., Burr, Carr, Woodward and Rich, JJ.

In the Matter of the Judicial Settlement of the Account of Robert Ellis, as Executor and Trustee of the Last Will and Testament of Samuel Burden, Deceased.— Motion denied, without costs, without prejudice to renewal in case the appeal in the First Department is not prosecuted with diligence. Present — Jenks, P. J., Burr, Carr, Woodward and Rich, JJ.

In the Matter of Eleanor Scott, an Incompetent. — Motion granted, with ten dollars costs. Present — Jenks, P. J., Burr, Carr, Woodward and Rich, JJ.